# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Craig M. Brady,                                                  Civil No. 11-CV-3431 (ADM/TNL)

          Plaintiff,

v.
                                                                 **ORDER**

Michael J. Astrue, Commissioner of
Social Security,

          Defendant.

---

Craig M. Brady, 2793 Uniform Street, Brook Park, MN 55007

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 17, 2012 (Docket No.4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 12, 2012                                  s/Ann D. Montgomery

                                                               The Honorable Ann D. Montgomery
                                                                United States District Court Judge
                                                                for the District of Minnesota